THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY BROXSON and RENEE BROXSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LAKEWEST CONDOMINIUM ASSOCIATION,<br><br>　　　　　　　　Defendant. | CASE NO. C16-0462-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reschedule deposition (Dkt. No. 36). The motion is GRANTED. The discovery deadline shall be extended to March 10, 2017 for the sole purpose of taking non-party fact witness Brett Murphy's deposition.

DATED this 1st day of March 2017.

　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　Deputy Clerk