UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY BROXSON and RENEE BROXSON,<br><br>Plaintiffs,<br><br>v.<br><br>LAKEWEST CONDOMINIUM ASSOCIATION,<br><br>Defendant. | CASE NO. C16-0462-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 58). The motion is GRANTED. The discovery deadline shall be extended to April 27, 2017 for the sole purpose of taking expert witness David Hunnicutt's deposition.

DATED this 21st day of April 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk