THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY BROXSON and RENEE BROXSON, <br><br> Plaintiffs, <br><br> v. <br><br> LAKEWEST CONDOMINIUM ASSOCIATION, <br><br> Defendant. | CASE NO. C16-0462-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' e-mail notice of settlement. Pending submission of final settlement paperwork, the Clerk is directed to TERMINATE all pending motions (Dkt. Nos. 43, 64) and statistically CLOSE the case.

DATED this 10th day of May 2017.

                                                William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk