THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY BROXSON and RENEE BROXSON,<br><br>              Plaintiffs,<br><br>    v.<br><br>LAKEWEST CONDOMINIUM ASSOCIATION,<br><br>              Defendant. | CASE NO. C16-0462-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' telephonic notice that their settlement negotiations are taking longer than expected. The parties are informed that the dismissal of this case will not be affected if they do not submit their paperwork by the informal 30-day deadline. However, the parties are encouraged to continue to actively work on their negotiations and to promptly submit their paperwork when an agreement has been reached.

DATED this 8th day of June 2017.

                                          William M. McCool
                                          Clerk of Court

                                          s/Paula McNabb
                                          Deputy Clerk