THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY and RENEE BROXSON,<br><br>Plaintiffs,<br>v.<br><br>LAKEWEST CONDOMINIUM ASSOCIATION,<br><br>Defendant. | CASE NO. C16-0462-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 73). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 15th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk